**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KEVIN PAUL WOODRUFF, et al.,

    Plaintiffs,

vs.                              Case No. 3:19-mc-29-J-34JBT

TIMOTHY J. CORRIGAN, et al.,

    Defendants.
_____/

**O R D E R**

    **THIS CAUSE** is before the Court sua sponte. The Clerk of the Court opened this miscellaneous case upon the filing of hundreds of pages of documents, some of which purport to be "Orders" that name myriad plaintiffs and defendants in their captions. The filers did not pay the filing fee or file a motion to proceed in forma pauperis. The documents are signed by individuals identified as: Wisdom Shield El, Empress Aaliyah Bey, and Arkh Khalon Hajari Isra Ali-Dey. Because these documents are not in the form of a complaint or a motion, and do not relate to any open civil case, they are not properly before the Court. Moreover, because the three individuals who signed these documents are proceeding pro se, they may not represent the interests of the numerous other plaintiffs listed in the documents. See Timson v. Sampson, 518 F.3d 870, 873-74 (11th Cir. 2008) (explaining that the "'established procedure . . . requires that only one licensed to practice law may conduct proceedings in court for anyone other than himself'" (internal quotation omitted)); see also Johnson v. Brown, 581 F. App'x 777, 781 (11th Cir. 2014) (affirming denial of class certification because a pro se litigant cannot bring an action on behalf of others similarly situated); Franklin v. Garden State Life Ins., 462 F. App'x 928, 930 (11th Cir. 2012)

("The right to appear pro se, however, is limited to those parties conducting 'their own cases' and does not apply to persons representing the interests of others."). As such, the Court will direct the Clerk of the Court to strike these filings and close the case. In light of the foregoing, it is

**ORDERED**:

The Clerk of the Court is directed to strike the filings at Docket Entries 1-3, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of November, 2019.

*MARCIA MORALES HOWARD*
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Parties

2